UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| WENDY E. DICKERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| STANFORD M. WHITE; KIM M. O'CONNOR; and, JOHN L. RISOLDI, SR., | ) ) ) | No. 2:12-CV-33-FL |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 22, 2012, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed for failure to state a claim upon which relief may be granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 22, 2012, and Copies To:**

Wendy E. Dickerson (via U.S. Mail) PO Box 76, Kill Devil Hills, NC 27948

August 22, 2012        JULIE A. RICHARDS, CLERK
                         /s/ Christa N. Baker
                        (By) Christa N. Baker, Deputy Clerk